UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-61994-cv-DIMITROULEAS

MELISSA FURMAN,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

BREEZY TREES BOTANICAL, INC.,

    Defendant.

_____/

### ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Notice of Voluntary of Dismissal With (the "Notice") [DE 16], filed herein on January 5, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 16] is hereby **APPROVED**;
2. The case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to all claims of the putative class members; and
3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 6th day of January, 2024.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record